**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

**Case No.**

ADAM BROCK, individually and on behalf of
all others similarly situated,

    *Plaintiff*,

v.

RUFF CONSTRUCTION, LLC D/B/A RUFF ROOFING,

    *Defendant*.

_____/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

   - Adam Brock (Plaintiff)

   - Shamis & Gentile, P.A. (Counsel for Plaintiff)

   - RUFF CONSTRUCTION, LLC D/B/A RUFF ROOFING (Defendant)

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   - None known.

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

- None known.

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Adam Brock, Plaintiff

- Unnamed Class Members

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: November 21, 2025

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Texas Bar No. 24124558
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                    **SHAMIS & GENTILE, P.A.**
                                    14 NE 1st Ave., Suite 705
                                    Miami, FL 33132
                                    Telephone (305) 479-2299
                                    Facsimile (786) 623-0915
                                    Email: efilings@shamisgentile.com

By:     */s/ Andrew J. Shamis*
           Andrew J. Shamis, Esq.
           Texas Bar # 24124558