## AFFIDAVIT OF SERVICE

**State of Texas**  **County of HARRIS**  **Us District Court**

Case Number: 4:25-CV-05606

Plaintiff:
**ADAM BROCK**

vs.

Defendant:
**RUFF CONSTRUCTION, LLC D/B/A RUFF ROOFING**

Received by GLOBAL PROCESS SERVICES CORP. on the 25th day of November, 2025 at 12:32 pm to be served on **RUFF CONSTRUCTION, LLC, 2813 HILMAR DR., HOUSTON, TX 77082**

I, Pedro Hernandez Psc24447 Exp5/31/26, being duly sworn, depose and say that on the **19th day of December, 2025** at **8:08 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **YOUSSE ANNALI** as **Registered Agent** at the address of: **RUFF CONSTRUCTION, LLC, 2813 HILMAR DR., HOUSTON, TX 77082** on behalf of **RUFF CONSTRUCTION, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 37, Sex: M, Race/Skin Color: INDIAN, Height: 5'10, Weight: 180, Hair: BALD, Glasses: N

I am a State of Texas Authorized Process Server; I am competent to make this oath; I am not less than 18 years of age; I am not a party in the above-referenced case; I have not been convicted of a felony or crime of moral turpitude; and I am not interested in the outcome of the above styled and numbered suit; and I swear that the above statements and facts are true and correct.

Subscribed and Sworn to before me on the 22nd day of December, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

Pedro Hernandez Psc24447 Exp5/31/26
Process Server

**GLOBAL PROCESS SERVICES CORP.**
P.O. BOX 961556
MIAMI, FL 33296
(786) 287-0606

Our Job Serial Number: KYC-2025000662
Ref: 25-6889

NOTOCHA COE
Notary Public, State of Texas
Comm. Expires 10-16-2026
Notary ID 131761976

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| ADAM BROCK, individually and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>RUFF CONSTRUCTION, LLC D/B/A RUFF ROOFING,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:25-CV-05606 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RUFF CONSTRUCTION, LLC D/B/A RUFF ROOFING
c/o YOUSSE ANNALI - Registered Agent
2813 HILMAR DRIVE
HOUSTON, TX 77082

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shamis & Gentile, P.A.
Andrew Shamis, Esq.
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone: 305-479-2299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: November 24, 2025

*s/ M. LaBee*
*Signature of Clerk or Deputy Clerk*