IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAM BROCK, *individually and on behalf of all others similarly situated*, | § § § | CLASS ACTION |
| Plaintiff, | § § | |
| v. | § § | C. A. No. 4:25-cv-05606 |
| RUFF CONSTRUCTION, LLC D/B/A RUFF ROOFING, | § § § § | |
| Defendant. | § § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Ruff Construction, LLC d/b/a Ruff Roofing ("Defendant") files this Certificate of Interested Parties disclosing the following list of all persons, associations, firms, partnerships, corporations, affiliates, parent corporations, or other entities, that are financially interested in the outcome of this litigation:

1. Ruff Construction, LLC (d/b/a Ruff Roofing)

   A Texas limited liability company with members Amin Marjani, Ala Ababneh, and Youssef Annali, all Texas citizens. Ruff Construction, LLC is not a publicly traded company.

2. Adam Brock.

Dated: January 12, 2026

Respectfully submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP

*/s/ James T. Barnish*
James T. Barnish [TBN 24073885]
jbarnish@vorys.com
Erin T. Hayes [TBN 24137959]
ethayes@vorys.com
909 Fannin Street, Suite 2700
Houston, Texas 77010
(713) 588-7000 Telephone
(713) 588-7050 Facsimile

ATTORNEYS FOR RUFF CONSTRUCTION, LLC
D/B/A RUFF ROOFING

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 12th day of January 2026, a true and correct copy of this document was served upon all counsel of record by electronic service through the Court's CM/ECF system.

*/s/ James T. Barnish*
James T. Barnish