UNITED STATES DISTRICT COURT                 SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston ▼ | Case Number | 4:25-cv-05606 |
|---|---|---|---|

| Adam Brock |
|---|
| *versus* |
| Ruff Construction, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher Berman<br>Shamis & Gentile, P.A.<br>781 NW 48th Ave<br>Coconut Creek, FL 33063-4622<br>Tel: 305-479-2299 Email: cberman@shamisgentile.com<br>Florida & Florida Bar No. 1010654<br>Southern District of Florida<br>Northern District of Illinois<br>Middle District of Florida<br>Western District of Michigan |
|---|---|

| Name of party applicant seeks to appear for: | Adam Brock |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __    __    No ___ ✔ __<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   2/9/2026 | Signed:              /s/ Christopher Berman |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                              United States District Judge