**IN THE UNITED STATES DISTRICT COURT OF**
**THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ADAM BROCK, individually<br>And on behalf of others similarly situated<br>    *Plaintiff*<br><br>vs.<br><br>RUFF CONSTRUCTION, LLC D/B/A<br>RUFF ROOFING.<br>    *Defendant* | § § § § § § § § § § | CIVIL ACTION NO.  4:25-cv-05606 |

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: **3-5** Days               Jury: **X** Non-Jury:

**1.**

    **a)** NEW PARTIES shall be joined by:               **May 27, 2026**

    The Attorney causing the addition of new parties will provide copies of this Order to new parties.

    **b) AMENDMENT TO PLEADINGS** by Plaintiff or Counter-Plaintiff shall be filed by:               **May 27, 2026**

**2.** EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it.

    DUE DATE:               **November 27, 2026**

**3.** EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it.

    DUE DATE:               **January 27, 2027**

**4.** DISCOVERY must be completed by:               **November 27, 2026**

    Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.    *(Due at least two weeks before motions deadline)*

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS and MOTION FOR CLASS CERTIFICATION (except motions in limine) will be filed by:    **March 23, 2027**

   *(Due 90 days prior to Trial)*

6. **JOINT PRETRIAL ORDER and MOTIONS IN LIMINE**

    *(The Court will fill in this date) (Due the Monday before trial)*

7. **TRIAL will begin at 9:00 a.m.**    **June 2, 2027**

    *(15 Months from the date case filed) (The Court sets a firm trial date)*

_____   _____
Date    Keith P. Ellison
   United States District Judge

_____   _____
Date    Counsel for Plaintiff(s)

_____   _____
Date    Counsel for Defendant(s)