United States District Court
Southern District of Texas

**ENTERED**
February 17, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston ▼ | Case Number | 4:25-cv-05606 |
|---|---|---|---|

| Adam Brock |
|---|
| *versus* |
| Ruff Construction, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher Berman<br>Shamis & Gentile, P.A.<br>781 NW 48th Ave<br>Coconut Creek, FL 33063-4622<br>Tel: 305-479-2299 Email: cberman@shamisgentile.com<br>Florida & Florida Bar No. 1010654<br>Southern District of Florida<br>Northern District of Illinois<br>Middle District of Florida<br>Western District of Michigan |
|---|---|

| Name of party applicant seeks to appear for: | Adam Brock |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes __    __    No ___ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated:  2/9/2026 | Signed: | /s/ Christopher Berman |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 2/15/26 | Clerk's signature |

## Order

Dated: February 15, 2026

**This lawyer is admitted *pro hac vice*.**

United States District Judge