IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAM BROCK, *individually and on behalf of all others similarly situated*, | § § § | CLASS ACTION |
| Plaintiff, | § § | |
| v. | § § | C. A. No. 4:25-cv-05606 |
| RUFF CONSTRUCTION, LLC D/B/A RUFF ROOFING, | § § § § | |
| Defendant. | § | |

**DEFENDANT'S NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that Erin T. Hayes of Vorys, Sater, Seymour and Pease LLP enters her appearance in this matter as additional counsel of record on behalf of Defendant, Ruff Construction, LLC d/b/a Ruff Roofing.

Erin T. Hayes may receive communications from the Court and from other parties at Vorys, Sater, Seymour and Pease LLP, 909 Fannin Street, Suite 2700, Houston, Texas 77010; Telephone (713) 588-7000; Facsimile: (713) 588-7050; Email: ethayes@vorys.com.

Dated: February 17, 2026

Respectfully submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP

*/s/ Erin T. Hayes*
James T. Barnish [TBN 24073885]
jbarnish@vorys.com
Erin T. Hayes [TBN 24137959]
ethayes@vorys.com
909 Fannin Street, Suite 2700
Houston, Texas 77010
(713) 588-7000 Telephone
(713) 588-7050 Facsimile

ATTORNEYS FOR RUFF CONSTRUCTION, LLC
D/B/A RUFF ROOFING

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of February 2026, a true and correct copy of this document was served upon all counsel of record by electronic service through the Court's CM/ECF system.

>  */s/ Erin T. Hayes*
>  Erin T. Hayes