**UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Adam Brock
　*Plaintiff(s),*

v.　　　　　　　　　　　　　　　　　　　　Case No. 4:25−cv−05606

Ruff Construction, LLC
　*Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:　**Initial Conference**

DATE:　**3/6/2026**

TIME:　**11:15 AM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**　　　　　　　　　　　　　　　　　　Date: February 24, 2026

By Deputy Clerk, A. Rivera