# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

ADAM BROCK, individually and
on behalf of all others similarly situated,

                                        **Case No. 4:25-cv-05606**

  *Plaintiff*,

vs.

RUFF CONSTRUCTION, LLC D/B/A RUFF ROOFING,

  *Defendant*.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Adam Brock, by and through undersigned counsel, hereby gives notice that the parties have reached a confidential settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Dated: May 1, 2026

                                          **Shamis & Gentile, P.A.**
                                          */s/ Angelica Gentile*
                                          Angelica Gentile, Esq.
                                          Texas Bar No. 24112322
                                          agentile@shamisgentile.com
                                          540 Heights Blvd, Ste 330B
                                          Houston, TX 77007
                                          Telephone: 305-479-2299

                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH LR 5.1

I hereby certify that on May 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.


*/s/ Angelica Gentile*
Angelica Gentile, Esq.